

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**STEVEN M. SILVERBERG**
*Assistant Corporation Counsel*
Email: ssilverb@law.nyc.gov
Tel.: (212) 355-2336
Fax: (212) 788-9776

October 18, 2013

**BY ECF**
Honorable James C. Francis, IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Dale Robertson v. City of New York, et al.,
12 Civ. 3659 (ALC)(JCF)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendant City of New York ("City") assigned to the above-referenced case. I write in response to the Court's request for an update regarding the status of plaintiff's pending criminal case. Upon information and belief, plaintiff is still facing charges of Second Degree Murder under Indictment No. 03214-2009 in Bronx Supreme Court – Criminal Term. The New York State Court "WebCrims" case tracking system indicates that the next appearance in that matter is scheduled for November 12, 2013 in Part 60 before Justice Barrett.

Pursuant to Court Order, defendant City will provide a further update as to the status of plaintiff's ongoing criminal action in sixty days.

Thank you for your consideration of the matter herein.

Respectfully submitted,

/s/

Steven M. Silverberg
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY ECF AND BY MAIL
Dale Robertson, #241-09-08088
*Plaintiff* Pro Se
Manhattan Detention Center
125 White Street
New York, NY 10013